023039-79533 (JDS)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DISTRICT

RAVON TAYLOR,

      Plaintiff,

VS.                                      NO. 2:16-cv-02158

ALLSTATE INSURANCE COMPANY,        JURY DEMAND

      Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

This matter came to be heard upon the agreement of the parties that this matter should be dismissed with prejudice. The parties, by and through their counsel, as evidenced by their signatures below, do hereby stipulate to dismissal with prejudice and announce that all matters, things, and controversies alleged by and between the parties to this action have been compromised. Based upon the foregoing, the parties request that this Court enter an order of dismissal with prejudice.

This, the _____ day of _____, 2016.

_____
JOHN T. FOWLKES, DISTRICT JUDGE

023039-79533 (JDS)

**APPROVED FOR ENTRY:**

By: ___s/ Darrell J. O'Neal_____
        DARRELL J. O'NEAL, BPR #020927
        *Attorney for Plaintiff*
        2129 Winchester Road
        Memphis, TN 38116
        (901) 345-8009
        domemphislaw@darelloneal.com

        JULIET HILL-AKINES
        *Attorney for Plaintiff*
        3900 New Covington Pike
        Memphis, TN 38103
        (901) 522-0009
        akineslaw@yahoo.com

RAINEY, KIZER, REVIERE, & BELL, PLC

By: ___s/ Russell E. Reviere_____
        RUSSELL E. REVIERE, BPR#07166
        JONATHAN D. STEWART BPR#023039
        *Attorneys for Defendant*
        209 East Main Street
        P. O. Box 1147
        Jackson, TN 38301-1147
        (731) 423-2414
        rreviere@raineykizer.com
        jstewart@raineykizer.com