# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

___

| | |
|---|---|
| RAVON TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:16-cv-02158-JTF-dkv |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

___

## ORDER OF DISMISSAL

___

Before the Court is the Parties' Joint Stipulation of Dismissal filed on September 9, 2016. (ECF No. 25).  The Court, having considered the motion and being duly advised, finds that the motion is GRANTED.

IT IS THEREFORE ORDERED that this matter is DISMISSED with prejudice.

**IT IS SO ORDERED** this 12th day of September, 2016.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge