IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RAVON TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:16-cv-02158-JTF-dkv |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order entered by this Court on September 12, 2016.  (ECF No. 26).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                             THOMAS M. GOULD
United States District Judge                        CLERK

  September 12, 2016                                s/Jerrick D. Murrell
       DATE                                                   (By) LAW CLERK

1